IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DOUG BOYER, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:11cv721 (Judge Clark/Judge Mazzant) |
| UNITEDHEALTH GROUP INCORPORATED, ET AL., | § § § § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss With Prejudice [Doc. #19]. In the motion, the plaintiff moves for dismissal of all claims against defendants, with prejudice.

It is **ORDERED** that the Unopposed Motion to Dismiss With Prejudice [Doc. #19] is **GRANTED**. The court further **ORDERS** that plaintiff's claims and causes of action against all defendants are **DISMISSED** in their entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **14** day of **November, 2012.**

_____
Ron Clark, United States District Judge